# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON __4-29-2021__
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
SOF

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:21-MJ-1120 |
| | ) | |
| JOHNNY DEAN McALLISTER | ) | Charging District: |
| *Defendant* | ) | Charging District's Case No. 2:20-CR-8 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Courtroom No.: |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: ___04/29/2021___

_____
*Judge's signature*

**KIMBERLY A. SWANK, US MAGISTRATE JUDGE**
_____
*Printed name and title*